1  LATHAM & WATKINS LLP
       Daniel Scott Schecter (SBN 171472)
2      Colin B. Vandell (SBN 240653)
   633 West Fifth Street, Suite 4000
3  Los Angeles, CA 90071-2007
   Telephone: (213) 485-1234
4  Facsimile: (213) 891-8763

5  O'MELVENY & MYERS LLP
       George A. Riley (SBN 118304)
6  275 Battery Street, Suite 2600
   San Francisco, CA 94111
7  Telephone: (415) 984-8741
   Facsimile: (415) 984-8701
8
   Attorneys for Non-Party Deponent Steve Jobs
9

FILED

'08 MAR 24 P 3: 14

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**RMW**

| | |
|---|---|
| IN THE MATTER OF A DEPOSITION SUBPOENA SERVED IN:<br><br>F.B.T. PRODUCTIONS, LLC AND EM2M, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>AFTERMATH RECORDS, INTERSCOPE RECORDS, UMG RECORDING, INC., AND ARY, INC.,<br><br>Defendants. | Case No. CV 08-80040 MISC. PVT<br><br>[Related to Case No. CV07-3314 PSG (MANx) (C.D. Cal.)]<br><br>**DECLARATION OF KEVIN SAUL IN SUPPORT OF MOTION FOR PROTECTIVE ORDER**<br><br>[Notice of Motion for Protective Order; Memorandum of Points and Authorities; Declaration of Colin B. Vandell; and Exhibits filed concurrently herewith]<br><br>Hearing: [To Be Set By Court]<br>Date: TBD<br>Time: TBD<br>Place: Courtroom TBD<br>      280 South 1st Street<br>      San Jose, CA 95113 |

LATHAM&WATKINS LLP   LA\1829181
ATTORNEYS AT LAW
LOS ANGELES

DECLARATION OF KEVIN SAUL IN SUPPORT OF MOTION FOR PROTECTIVE ORDER

FAXED

## DECLARATION OF KEVIN SAUL

(1) I am a Senior Director in the Legal Department for Apple Inc. ("Apple"). Among other duties, I have responsibility for providing legal support for the iTunes business. I am licensed to practice law in the State of California. I have personal knowledge of the matters set forth herein, and would competently testify thereto under oath if called as a witness. I submit this Declaration in support of the motion for protective order to prevent a deposition of Steve Jobs, Apple's chief executive officer, by Plaintiffs F.B.T. Production, LLC and Em2M, LLC ("Plaintiffs'").

(2) Mr. Jobs and Apple are not parties to the underlying proceeding, *F.B.T. Productions, LLC v. Aftermath Records*, Case No. CV07-3314 PSG (MANx) (C.D. Cal.) (the "FBT Action").

(3) Mr. Jobs and Apple are not parties to any of the agreements (the "UMG Agreements") between Plaintiffs and Defendants Aftermath Records, Interscope Records, UMG Recordings, Inc., and Ary, Inc. (the "UMG Defendants") regarding master recordings of performances by Marshall Mathers (the "Eminem Masters").

(4) Neither Mr. Jobs nor Apple had any role in negotiating, drafting, or executing the UMG Agreements.

(5) Apple has no agreements with Plaintiffs regarding the Eminem Masters for the delivery of music purchased on iTunes. Content owned by UMG is sold through iTunes pursuant to a series of confidential master distribution agreements with Apple entitled "Digital Music Download Sales Agreements" ("Download Agreements"). The Download Agreements relate generally to recordings owned by UMG and do not specify Eminem or other individual artists or specific content.

(6) UMG has provided more than 400,000 songs for sale on iTunes in the United States under its confidential Download Agreements with Apple.

(7) A pioneer of the personal computer revolution and one of the world's best known companies, Apple was founded by Mr. Jobs and Steve Wozniak in Mr. Jobs's garage in 1976.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES
LA\1829181

2

DECLARATION OF KEVIN SAUL IN SUPPORT OF
MOTION FOR PROTECTIVE ORDER

(8) After leaving the company in 1986, Mr. Jobs returned in 1997 to serve on Apple's Board of Directors and later as CEO.

(9) As CEO of Apple, Mr. Jobs currently has responsibilities for a multinational company with more than 20,000 permanent and temporary employees worldwide and fiscal year 2007 revenues of $24 billion.

(10) Apple markets and develops a wide variety of groundbreaking products and services, including personal computers; the Mac OS X operating system; mobile communication devices (for example, the revolutionary iPhone); portable digital music players; online music services; and a variety of related software, peripherals, and networking solutions.

(11) Mr. Jobs is responsible not only for Apple's overall strategy and operations; he also plays a key role in the design and development of Apple's products.

(12) In 1986, Mr. Jobs founded and became CEO of Pixar Animation Studios, a computer animation company known for its award-winning movies such as *Toy Story* and *Finding Nemo*.

(13) In 2006, The Walt Disney Company acquired Pixar.

(14) As a result of The Walt Disney Company's acquisition of Pixar, Mr. Jobs serves as a director of The Walt Disney Company.

(15) Mr. Jobs is extremely busy meeting the diverse duties and requirements of his roles as the chief executive officer and director of Apple and a director of The Walt Disney Company. Mr. Jobs's time is an important asset, and he carefully manages his schedule to ensure that he can devote the necessary energy and attention to the myriad challenges facing both companies.

(16) The *Thoughts on Music* essay, authored by Mr. Jobs, is a discussion of Mr. Jobs's views on the current status and prospects of "digital rights management" systems used by Apple and other companies to prevent unauthorized copying of music. (Attached to Vandell Decl. as Exhibit E ("Ex. E") is a true and correct copy of the essay *Thoughts on Music*.)

(17) *Thoughts on Music* is intended for a popular audience. The essay does not constitute a legal opinion or analysis of contractual rights and obligations. It does not discuss the

1  FBT Action, the UMG Agreements or any other arrangements between artists and record
2  companies. Nor does it analyze the structure of agreements between record labels and digital
3  service providers. (Ex. E.)
4      I declare under penalty of perjury under the laws of the State of California that the
5  foregoing is true and correct.
6      Executed this 24th day of March, 2008 in Cupertino, California.

                                        _____
                                                Kevin Saul

LATHAM&WATKINS
ATTORNEYS AT LAW
LOS ANGELES
LA\1829181
4
DECLARATION OF KEVIN SAUL IN SUPPORT OF
MOTION FOR PROTECTIVE ORDER

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Latham & Watkins LLP, 633 West Fifth Street, Suite 4000, Los Angeles, California 90071. On March 24, 2008, I caused the foregoing to be served:

**DECLARATION OF KEVIN SAUL IN SUPPORT OF MOTION FOR PROTECTIVE ORDER**

    I caused the above document(s) to be deposited for facsimile transmission in accordance with the office practice of Latham & Watkins LLP for collecting and processing facsimiles. I am familiar with the office practice of Latham & Watkins LLP for collecting, processing, and transmitting facsimiles, which practice is that when a facsimile is deposited with the Latham & Watkins LLP personnel responsible for facsimiles, such facsimile is transmitted that same day in the ordinary course of business. The facsimile of the above document(s) was transmitted to the following parties: See the attached Facsimile List.

**X**    I caused a sealed envelope or package containing the document(s) to be placed in a post office, mailbox, sub-post office, substation, mail chute, or other like facility regularly maintained by the United States Postal Service for receipt of U.S. Mail, with U.S. Mail postage paid, addressed to all parties listed on the attached Service List.

    I caused such envelope to be delivered by Federal Express or Hand Delivery to the offices of the addressee(s). See attached Service List.

    I cause a pdf version of this document to be delivered via electronic mail to the attached Service List.

    I declare under penalty of perjury that the above is true and correct. Executed on March 24, 2008 at Los Angeles, California.

                                                           Colleen M. Rico

Service List

Mark L Block
Christensen Glaser Fink Jacobs Weil & Shapiro
10250 Constellation Blvd, 19th Fl
Los Angeles, CA 90067

Paul H Duvall
King and Ballow
9404 Genesee Avenue, Suite 340
La Jolla, CA 92037-1355

Richard S Busch
King & Ballow
315 Union St, Ste 1100
Nashville, TN 37201

Glenn D Pomerantz
Munger Tolles & Olson
355 S Grand Ave, 35th Fl
Los Angeles, CA 90071-1560

LA\1839041.1