UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| F.B.T. Productions, LLC, et al.,<br><br>            Plaintiffs,<br><br>  v.<br><br>AFTERMATH RECORDS, et al.,<br><br>            Defendants. | Case No.: C 08-80040 RMW (PVT)<br><br>**INTERIM ORDER RE NON-PARTY STEVE JOBS' MOTION TO QUASH SUBPOENA** |

On March 24, 2008, non-party Steve Jobs ("Jobs") filed a motion to quash.[1] As of April 7, 2008, Jobs has failed to notice the motion on the assigned judge's[2] calendar, as required by this court's Civil Local Rule 7-1(a). Based on the moving papers and the file herein,

IT IS HEREBY ORDERED that non-party Jobs' counsel shall immediately meet and confer with counsel for the parties in this action to schedule the briefing and hearing of this motion at the earliest practical date on or before April 29, 2008 (which would have been the first hearing date 35

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

[2] Pursuant to the San Jose Division's Standing Order Regarding Case Management in Civil Cases, "All disclosure or discovery disputes in cases assigned to district judges are referred to the assigned magistrate judge for determination pursuant to Fed.R.Civ.P. 72(a)." This case was assigned Magistrate Judge Patricia V. Trumbull, and thus the motion should not have been noticed for her law and motion calendar which is held Tuesdays at 10:00 a.m. in courtroom 5.

ORDER, *page 1*

1  days after the motion was first filed). In the event the parties cannot agree on a briefing and hearing
2  schedule, then no later than April 9, 2008, each party and non-party shall electronically file their
3  respective proposed briefing and hearing schedules.
4      IT IS FURTHER ORDERED that Jobs' counsel shall immediately serve copies of this order
5  by facsimile on counsel of record for Defendants in this case (as it appears said counsel are not yet
6  signed up for electronic filing in this case).
7  Dated: *4/7/08*

                                      PATRICIA V. TRUMBULL
                                      United States Magistrate Judge