| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| |    Daniel Scott Schecter (SBN 171472) |
| 2 |    Colin B. Vandell (SBN 240653) |
| | 633 West Fifth Street, Suite 4000 |
| 3 | Los Angeles, CA  90071-2007 |
| | Telephone:  (213) 485-1234 |
| 4 | Facsimile:  (213) 891-8763 |

O'MELVENY & MYERS LLP
   George A. Riley (SBN 118304)
275 Battery Street, Suite 2600
San Francisco, CA  94111
Telephone: (415) 984-8741
Facsimile: (415) 984-8701

Attorneys for Non-Party Deponent Steve Jobs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN THE MATTER OF A DEPOSITION SUBPOENA SERVED IN: | Case No. C 08-80040 RMW (PVT) |
| F.B.T. PRODUCTIONS, LLC AND EM2M, LLC, | [Related to Case No. CV07-3314 PSG (MANx) (C.D. Cal.)] |
| Plaintiffs, | **NOTICE OF HEARING AND BRIEFING SCHEDULE ON MOTION FOR PROTECTIVE ORDER TO QUASH "APEX" DEPOSITION SUBPOENA** |
| v. | |
| AFTERMATH RECORDS, INTERSCOPE RECORDS, UMG RECORDING, INC., AND ARY, INC., | |
| Defendants. | Hearing:<br>Date:   April 29, 2008<br>Time:   10:00 a.m.<br>Place:   Courtroom 5<br>        280 South 1st Street<br>        San Jose, CA 95113 |

1  **TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2      **PLEASE TAKE NOTICE** that the hearing on non-party deponent Steve Jobs's

3  (hereinafter "Jobs") Motion for Protective Order to Quash "Apex" Deposition Subpoena (the

4  "Motion") will take place on April 29, 2008, at 10:00 a.m., in Courtroom 5 of the above-

5  captioned court located at 280 South 1st Street in San Jose, California.

6      **PLEASE TAKE FURTHER NOTICE THAT** Plaintiffs F.B.T. Productions,

7  LLC and Em2M, LLC shall file and serve any oppositions to the Motion on or prior to April 16,

8  2008, and Jobs may file and serve any reply in support of the Motion on or prior to April 23,

9  2008.

11  Dated:  April 9, 2008
                                   LATHAM & WATKINS LLP
12                                                Daniel Scott Schecter
                                              Colin B. Vandell

14                                       By    /s/ Daniel Scott Schecter
                                              Daniel Scott Schecter
15                                                Attorney for Non-Party Deponent Steve Jobs

16
17
18
19
20
21
22
23
24
25
26
27
28

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

i

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Latham & Watkins LLP, 633 West Fifth Street, Suite 4000, Los Angeles, California 90071. On April 9, 2008, I caused the foregoing to be served:

**NOTICE OF HEARING AND BRIEFING SCHEDULE ON MOTION FOR PROTECTIVE ORDER TO QUASH "APEX" DEPOSITION SUBPOENA**

I caused the above document(s) to be deposited for facsimile transmission in accordance with the office practice of Latham & Watkins LLP for collecting and processing facsimiles. I am familiar with the office practice of Latham & Watkins LLP for collecting, processing, and transmitting facsimiles, which practice is that when a facsimile is deposited with the Latham & Watkins LLP personnel responsible for facsimiles, such facsimile is transmitted that same day in the ordinary course of business. The facsimile of the above document(s) was transmitted to the following parties: See the attached Facsimile List.

I caused a sealed envelope or package containing the document(s) to be placed in a post office, mailbox, sub-post office, substation, mail chute, or other like facility regularly maintained by the United States Postal Service for receipt of U.S. Mail, with U.S. Mail postage paid, addressed to all parties listed on the attached Service List.

**X**    I caused such envelope to be delivered by Federal Express or Hand Delivery to the offices of the addressee(s). See attached Service List.

I cause a pdf version of this document to be delivered via electronic mail to the attached Service List.

I declare under penalty of perjury that the above is true and correct. Executed on April 9, 2008 at Los Angeles, California.

                                             /s/ Colleen M. Rico
                                                Colleen M. Rico

**Service List**

Mark L Block
Christensen Glaser Fink Jacobs Weil & Shapiro
10250 Constellation Blvd, 19th Fl
Los Angeles, CA 90067

Paul H Duvall
King and Ballow
9404 Genesee Avenue, Suite 340
La Jolla, CA 92037-1355

Richard S Busch
King & Ballow
315 Union St, Ste 1100
Nashville, TN 37201

Glenn D Pomerantz
Kelly M Klaus
Munger Tolles & Olson
355 S Grand Ave, 35th Fl
Los Angeles, CA 90071-1560