1  LATHAM & WATKINS LLP
       Daniel Scott Schecter (SBN 171472)
2      Colin B. Vandell (SBN 240653)
   633 West Fifth Street, Suite 4000
3  Los Angeles, CA  90071-2007
   Telephone:  (213) 485-1234
4  Facsimile:  (213) 891-8763

5  Attorneys for Non-Party Deponent Steve Jobs

6

7                       UNITED STATES DISTRICT COURT

8                       NORTHERN DISTRICT OF CALIFORNIA

9                              SAN JOSE DIVISION

10

| | |
|---|---|
| IN THE MATTER OF A DEPOSITION SUBPOENA SERVED IN: | Case No. C 08-80040 RMW (PVT) |
| F.B.T. PRODUCTIONS, LLC AND EM2M, LLC, | [Related to Case No. CV07-3314 PSG (MANx) (C.D. Cal.)] |
| Plaintiffs, | **CERTIFICATE OF SERVICE** |
| v. | |
| AFTERMATH RECORDS, INTERSCOPE RECORDS, UMG RECORDING, INC., AND ARY, INC., | |
| Defendants. | |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

LA\1835369

# CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 633 West Fifth Street, Suite 4000, Los Angeles, CA 90071-2007.

On **April 8, 2008**, I served the following document described as:

**INTERIM ORDER RE NON-PARTY STEVE JOBS'S MOTION TO QUASH SUBPOENA**

by serving a true copy of the above-described document in the following manner

**BY FACSIMILE**

I am familiar with the office practice of Latham & Watkins LLP for collecting, processing, and transmitting facsimiles. Under that practice, when a facsimile is deposited with the Latham & Watkins LLP personnel responsible for facsimiles, such facsimile is transmitted that same day in the ordinary course of business. I deposited the above-described document for facsimile transmission in accordance with the office practice of Latham & Watkins LLP for collecting and processing facsimiles. The facsimile of the above-described document was transmitted to the following party from Los Angeles, California on April 8, 2008.

| | |
|---|---|
| Glenn D Pomerantz | Kelly M Klaus |
| Munger Tolles & Olson | Munger Tolles & Olson |
| 355 S Grand Ave, 35th Fl | 355 S Grand Ave, 35th Fl |
| Los Angeles, CA 90071-1560 | Los Angeles, CA 90071-1560 |
| (213) 683-5132 | (213) 683-4038 |

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury that the foregoing is true and correct.

Executed on **April 9, 2008**, at Los Angeles, California.

/s/ Colleen Rico
Colleen Rico

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

LA\1839052.1