Richard S. Busch (TN Bar No. 014594 (*pro hac vice*)
rbusch@kingballow.com
KING & BALLOW
315 Union Street; Suite 1100
Nashville, TN  37201
(615)259-3456 Facsimile: (615)726-5417

Paul H. Duvall (State Bar No.  73699)
pduvall@kingballow.com
KING & BALLOW
9404 Genesee Avenue; Suite 340
La Jolla, CA  92037
(858)597-6000 Facsimile:  (858)597-6008

Mark L. Block (State Bar No. 115457)
mblock@chrisglase.com
CHRISTENSEN, GLASER, FINK JACOBS, WEIL & SHAPIRO, LLP
10250 Constellation Blvd., 19th Floor
Los Angeles, CA 90067
(310) 553-3000   Facsimile: (310) 556-2920

Attorneys for Plaintiffs F.B.T. Productions, LLC and Em2M, LLC

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | | |
|---|---|---|
| **F.B.T. PRODUCTIONS, LLC, et al.,**<br><br>        **Plaintiffs,**<br><br>**v.**<br><br>**AFTERMATH RECORDS doing business as AFTERMATH ENTERTAINMENT, et al.,**<br><br>        **Defendants.** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **Case: 5:08-mc-80040-RMW (PVT)**<br><br>**[Related to Case: CV 07-03314 PSG (MANx)]**<br><br>**PLAINTIFFS' OBJECTIONS TO EVIDENCE SUBMITTED BY STEVE JOBS IN SUPPORT OF MOTION TO FOR PROTECTIVE ORDER TO QUASH "APEX" DEPOSITION SUBPOENA**<br><br>**[Opposition to Motion; Declaration of Eugene R. Long, Jr.; and Exhibits filed concurrently herewith]** |

| | | |
|---|---|---|
| 1 | ) | **DISCOVERY MATTER** |
| 2 | ) | |
| 3 | ) | **JURY DEMAND** |
| 4 | ) | |
| 5 | ) | **Date:  April 29, 2008** |
| | ) | **Time:  10:00 a.m.** |
| 6 | ) | **Courtroom: 5** |
| | ) | **Hon. Patricia Trumbull** |

7   ///

8   ///

9   ///

10  ///

11  ///

12  ///

13  ///

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

**OBJECTIONS TO EVIDENCE**

## I.    INTRODUCTION

Plaintiffs F.B.T. Productions, LLC ("F.B.T.") and Em2M, LLC ("Em2M") (collectively, "Plaintiffs") hereby object and move to strike certain portions of the Declaration of Kevin Saul submitted by Steve Jobs ("Mr. Jobs") in support of his motion for a protective order to quash the subpoena for deposition that Plaintiffs served upon him.

## II.    OBJECTIONS TO EVIDENCE

A.    Declaration of Kevin Saul

Plaintiffs object to paragraph 17 of Kevin Saul's declaration based on Federal Rules of Evidence 602 and 801 *et seq*. Paragraph 17 of that declaration states the following:

> "*Thoughts on Music* is intended for a popular audience. The essay does not constitute a legal opinion or analysis of contractual rights and obligations. It does not discuss the FBT action, the UMG agreements or any other agreements between artists and record companies. Nor does it analyze the structure of agreements between record labels and digital service providers. (Ex. E.)."

1.    To the extent that paragraph 17 of the declaration is not based on the personal knowledge of the declarant, it is inadmissible pursuant to Federal Rule of Evidence 602.

2.    To the extent that paragraph 17 is based on a statement heard by the declarant and offered for the truth of the matters asserted – that Mr. Jobs intended his *Thoughts On Music* ("the Essay") for a popular audience and that it was not intended to

constitute legal opinion or an analysis of contract rights, it is hearsay not subject to an exception. As a result, it is inadmissible pursuant to Federal Rules of Evidence 801 *et seq.*

3.    Essentially, Mr. Jobs, who is trying to avoid testifying at all costs, would like to substitute the testimony of an in-house attorney at Apple for his own. Mr. Saul does not say he was involved in the drafting of the Essay, or that he spoke to Mr. Jobs at the time it was drafted and Mr. Jobs' explained his thought process to him. He does not say Mr. Jobs told him he did not mean what he said in the Essay, or the Essay was wrong. Even if Mr. Saul did all of that, plaintiffs would not be required to take Mr. Saul's word for it, but should be able to question Mr. Jobs about his own personal statement, his language, and whether he was telling the public the truth in his Essay.

*///*

*///*

*///*

*///*

*///*

*///*

*///*

*///*

*///*

*///*

1

## III.   CONCLUSION

2

3
    Based upon the foregoing, Plaintiffs respectfully request that the court decline

4
to consider the above described evidence and strike it from Mr. Jobs' supporting

5
papers.

6

7
DATED:  April 16, 2008                    Respectfully submitted,

8

9
                                          KING & BALLOW

10
                                          _____s/ Paul Duvall_____

11
                                          Richard S. Busch (TN Bar No. 014594)
                                          rbusch@kingballow.com
12
                                          Paul H. Duvall (State Bar No. 73699)
                                          pduvall@kingballow.com
13
                                          9404 Genesee Avenue, Suite 340
14
                                          La Jolla, CA 92037-1355
                                          Telephone:  (858) 597-6000
15
                                          Facsimile:   (838) 597-6008

16
                                                   - and -

17

18
                                          Mark Block (State Bar No. 115457)
                                          mblock@chrisglase.com
19
                                          Christensen, Glaser, Fink, Jacobs, Weil,
20
                                          & Shapiro, LLP
                                          10250 Constellation Blvd. 19th Floor
21
                                          Los Angeles, CA 90067
22
                                          Telephone:  (310) 282-6240
                                          Facsimile:  (310) 556-2920
23
                                          Attorneys for Plaintiffs

24

25

26

27

28

1  **Case No. C 08-80040 RMW (PVT)**
2  **[Related to Case No. CV 07-3314 PSG (MANx) (C.D.Cal.)]**

3  **STATE OF CALIFORNIA, COUNTY OF SAN DIEGO**

4         I, Sherie Johnson, declare:

5         I am a resident of the State of California and employed in the County of San

6  Diego, State of California.  I am over the age of eighteen years, and not a party to the

7  within action.  My business address is 9404 Genesee Avenue; Suite 340; La Jolla, CA

8  92037.  On April 16, 2008 I served a true copy of the document entitled

9  **PLAINTIFFS' OBJECTIONS TO EVIDENCE SUBMITTED BY STEVE JOBS IN**

10 **SUPPORT OF MOTION TO FOR PROTECTIVE ORDER TO QUASH "APEX"**

11 **DEPOSITION SUBPOENA** by placing it in an overnight delivery envelope or

12 package provided by an overnight delivery carrier and addressed as below.  I placed

13 the envelope or package for collection and overnight delivery at an office or a

14 regularly utilized drop box of the overnight delivery carrier on April 16, 2008.

15
16
17
18
19
20
21

| Glenn D. Pomerantz, Esq. Kelly M. Klaus, Esq. Kimberly D. Encinas, Esq. MUNGER, TOLLES & OLSON LLP 355 South Grand Avenue Thirty-Fifth Floor Los Angeles, CA  90071 Attorneys for Defendants | Daniel S. Schecter, Esq. Colin B. Vandell, Esq. LATHAM & WATKINS 633 West Fifth Street; Suite 4000 Los Angeles, CA 90071 Attorneys for Non-Party Deponent Steve Jobs | George A. Riley, Esq. O'MELVENY & MYERS LLP 275 Battery Street; Suite 2600 San Francisco, CA 94111 Attorneys for Non-Party Deponent Steve Jobs |
|---|---|---|

22        I declare under penalty of perjury that the above is true and correct.

23 Executed on April 16, 2008 at La Jolla, California.

24
25
26                              /s/ Sherie Johnson_____
27                              Sherie Johnson
28