LATHAM & WATKINS
DANIEL SCOTT SCHECTER (S.B. #171472) – daniel.schecter@lw.com
COLIN B. VANDELL (S.B. #240653)
633 West Fifth Street, Suite 4000
Los Angeles, California 90071-2007
Telephone: (213) 485-1234
Facsimile: (213) 891-8763

GEORGE A. RILEY (S.B. #118304) – griley@omm.com
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, California 94111-3305
Telephone: (415) 984-8741
Facsimile: (415) 984-8701

Attorneys for Non-Party Deponent
Steve Jobs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN THE MATTER OF A DEPOSITION SUBPOENA SERVED IN:<br><br>F.B.T. PRODUCTIONS, LLC AND EM2M, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>AFTERMATH RECORDS, INTERSCOPE RECORDS, UMG RECORDING, INC., and ARY, INC.,<br><br>Defendants. | Case No. 08-80040 Misc. RMW (PVT)<br><br>[Related to Case No. CV 07-3314 PSG (MANx) (C.D. Cal.)]<br><br>**CERTIFICATE OF SERVICE VIA MAIL**<br><br>Date:   April 29, 2008<br>Time:   10:00 a.m.<br>Place:  Hon. Patricia V. Trumbull<br>        Courtroom 5, 4th Floor<br>        280 South 1st Street<br>        San Jose, California 95113 |

SF1:713338.1

CERTIFICATE OF SERVICE VIA MAIL
CASE NO. 08-80040 Misc. RMW (PVT)

## CERTIFICATE OF SERVICE

I am a citizen of the United States and employed in San Francisco County, California, at the office of a member of the bar of this Court at whose direction this service was made. I am over the age of eighteen years and not a party to the within action. I am a resident of or employed in the county where the service described below occurred. My business address is Embarcadero Center West, 275 Battery Street, San Francisco, California 94111-3305. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, correspondence collected from me would be processed on the same day, with postage thereon fully prepaid and placed for deposit that day with the United States Postal Service. On April 23, 2008 I served the following:

**REPLY IN SUPPORT OF NON-PARTY DEPONENT'S MOTION FOR PROTECTIVE ORDER TO QUASH "APEX" DEPOSITION SUBPOENA; and**

**NON-PARTY'S RESPONSES TO PLAINTIFFS' OBJECTIONS TO EVIDENCE IN SUPPORT OF MOTION FOR PROTECTIVE ORDER TO QUASH "APEX" DEPOSITION SUBPOENA**

[x]   by putting a true and correct copy thereof in a sealed envelope, with postage fully prepaid, and placing the envelope for collection and mailing today with the United States Postal Service in accordance with the firm's ordinary business practices, addressed as follows:

| | |
|---|---|
| Mark L. Block<br>Christensen Glaser Fink Jacobs Glaser Weil & Shapiro LLP<br>10250 Constellation Blvd, 19th Floor<br>Los Angeles, CA 90067 | Attorneys for Plaintiff, F.B.T. Productions LLC |
| Glen Douglas Pomerantz<br>Munger Tolles & Olson<br>35 South Grand Avenue, 35th Floor<br>Los Angeles, CA 90071-1560 | Attorney for Aftermath Records |
| Colin Buckner Vandell<br>Latham & Walkins LLP<br>633 West Fifth Street, Suite 4000<br>Los Angeles, CA 90071-2007 | Attorneys for Steve Jobs |

1       I declare under penalty of perjury under the laws of the United States that the above is true
2  and correct. Executed on April 23, 2008, at San Francisco, California.
3
4                                                                /s/ *[signature]*
5                                                                 Chinetha M. Thomas