UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

MAGISTRATE  PATRICIA V. TRUMBULL

Date: 4/29/08

Court Reporter: Jana Ridenour          Clerk: C. Lew

Case No:C 08-80040 MISC RMW          Case Title: F.B.T. Productions LLC, et al., v. Aftermath Records, et al.,

| Appearances for Plaintiff(s) | Appearances for Defendants(s) |
|---|---|
| Richard Busch | Blanca Young |
| | George A. Riley for Movant-Steve Jobs |

PROCEEDINGS

Pretrial Conferences:        [ ] Initial          [ ] Status          [ ] Discovery

[ ] Settlement          [ ] Final

[ ] Other

| Pltf. | Deft. | **MOTIONS** | |
|---|---|---|---|
| [ ] | [ ] | 1. Non Party Steve Jobs' Motion to Quash. | |
| [ ] | [ ] | 2. | |
| [ ] | [ ] | 3. | |
| [ ] | [ ] | 4. | |

DISPOSITION

[ ] Granted          [X ] Submitted          [ ] Settled

[ ] Denied          [ ] Briefs to be filed          [ ] Not Settled

[ ] Granted in part, denied in part          [ ] Off Calendar

ORDER TO BE PREPARED BY

[ ] Plaintiff          [ ] Defendant          [ X] Court          [ ] Court w/opinion