1  LATHAM & WATKINS LLP
   DANIEL SCOTT SCHECTER (S.B. #171472) - daniel.schecter@lw.com
2  COLIN B. VANDELL (S.B. #240653) - colin.vandell@lw.com
   633 West Fifth Street, Suite 4000
3  Los Angeles, California 90071-2007
   Telephone: (213) 485-1234
4  Facsimile: (213) 891-8763

5  O'MELVENY & MYERS LLP
   GEORGE A. RILEY (S.B. #118304) - griley@omm.com
6  Embarcadero Center West
   275 Battery Street, Suite 2600
7  San Francisco, California 94111-3305
   Telephone: (415) 984-8741
8  Facsimile: (415) 984-8701

9  Attorneys for Non-Party Deponent
   Steve Jobs

10

               UNITED STATES DISTRICT COURT
11
               NORTHERN DISTRICT OF CALIFORNIA
12
                      SAN JOSE DIVISION
13

14  IN THE MATTER OF A DEPOSITION         Case No. 08-80040 Misc. RMW (PVT)
    SUBPOENA SERVED IN:
15                                        [Related to Case No. CV 07-3314 PSG
    F.B.T. PRODUCTIONS, LLC AND           (MANx) (C.D. Cal.)]
16  EM2M, LLC,
                                          **PROOF OF SERVICE VIA HAND
17              Plaintiffs,               DELIVERY**

18              v.

19  AFTERMATH RECORDS,
    INTERSCOPE RECORDS, UMG
20  RECORDING, INC., and ARY, INC.,

21              Defendants.

22
23
24
25
26
27
28

                    PROOF OF SERVICE VIA HAND DELIVERY

## PROOF OF SERVICE

I, VINCENT AVILA, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is Embarcadero Center West, 275 Battery Street, San Francisco, CA 94111-3305. On May 22, 2008, I served the within documents:

**NON-PARTY STEVE JOBS'S OBJECTION TO ORDER DENYING MR. JOBS'S MOTION FOR PROTECTIVE ORDER TO QUASH "APEX" DEPOSITION SUBPOENA;**

**DECLARATION OF EDDY CUE IN SUPPORT OF NON-PARTY STEVE JOBS'S OBJECTION TO ORDER DENYING MR. JOBS'S MOTION FOR PROTECTIVE ORDER TO QUASH "APEX" DEPOSITION SUBPOENA;**

**DECLARATION OF KEVIN SAUL IN SUPPORT OF NON-PARTY STEVE JOBS'S OBJECTION TO ORDER DENYING MR. JOBS'S MOTION FOR PROTECTIVE ORDER TO QUASH "APEX" DEPOSITION SUBPOENA;**

**DECLARATION OF COLIN B. VANDELL IN SUPPORT OF NON-PARTY STEVE JOBS'S OBJECTION TO ORDER DENYING MR. JOBS'S MOTION FOR PROTECTIVE ORDER TO QUASH "APEX" DEPOSITION SUBPOENA; and**

**[PROPOSED] ORDER SUSTAINING NON-PARTY STEVEN JOB'S OJECTION TO ORDER DENYING MR. JOB'S MOTION FOR PROTECTIVE ORDER TO QUASH "APEX" DEPOSITION SUBPOENA**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery

☒ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

2

PROOF OF SERVICE VIA HAND DELIVERY

|   |   |
|---|---|
| 1 | Mark Block |
| 2 | Christensen Glaser Fink Jacobs Glaser Weil & Shapiro LLP |
| 3 | 10250 Constellation Blvd., 19th Floor Los Angeles, California 90067 |
| 4 | Tel: (310) 553-3000 |
| 5 | |
| 6 | Glenn Douglas Pomerantz Munger Tolles & Olson |
| 7 | 355 S. Grand Avenue, 35th Floor Los Angeles, California 90071-1560 |
| 8 | Tel: (213) 683-9100 |
| 9 | Colin Vandal Latham & Watkins LLP |
| 10 | 633 W. Fifth Street, Suite 4000 Los Angeles, California 90071-2007 |
| 11 | Tel: (213) 485-1234 |

13  I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

16  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

18  Executed on May 22, 2008 at San Francisco, California.

_Vincent Avila_
Signature
Print Name:

SF1:716414.1

3

PROOF OF SERVICE VIA MAIL