1  LATHAM & WATKINS LLP
   DANIEL SCOTT SCHECTER (S.B. #171472) - daniel.schecter@lw.com
2  COLIN B. VANDELL (S.B. #240653) - colin.vandell@lw.com
   633 West Fifth Street, Suite 4000
3  Los Angeles, California 90071-2007
   Telephone:  (213) 485-1234
4  Facsimile:   (213) 891-8763

5  O'MELVENY & MYERS LLP
   GEORGE A. RILEY (S.B. #118304) - griley@omm.com
6  Embarcadero Center West
   275 Battery Street, Suite 2600
7  San Francisco, California 94111-3305
   Telephone:  (415) 984-8741
8  Facsimile:   (415) 984-8701

9  Attorneys for Non-Party Deponent
   Steve Jobs

10

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN THE MATTER OF A DEPOSITION SUBPOENA SERVED IN:<br><br>F.B.T. PRODUCTIONS, LLC AND EM2M, LLC,<br><br>            Plaintiffs,<br><br>            v.<br><br>AFTERMATH RECORDS, INTERSCOPE RECORDS, UMG RECORDING, INC., and ARY, INC.,<br><br>            Defendants. | Case No. 08-80040 Misc. RMW (PVT)<br><br>[Related to Case No. CV 07-3314 PSG (MANx) (C.D. Cal.)]<br><br>**NOTICE OF WITHDRAWAL OF NON-PARTY STEVE JOBS'S OBJECTION TO ORDER DENYING MR. JOBS'S MOTION FOR PROTECTIVE ORDER TO QUASH "APEX" DEPOSITION SUBPOENA** |

Pursuant to Local Rule 7-7(e), non-party Steve Jobs hereby withdraws his Objection to Order Denying Mr. Jobs's Motion for Protective Order to Quash "Apex" Deposition Subpoena, filed May 15, 2008.  Mr. Jobs was deposed on Tuesday, May 27, 2008 pursuant to the May 5, 2008 Order.  Therefore, the pending Objection is now moot.  The Court has not ordered a hearing on the Objection and no party has filed a response to the Objection.  Therefore, Mr. Jobs respectfully requests that the Court disregard the Objection and close Case No. 08-80040

1  Misc. RMW (PVT).

2

3  DATED: May 27, 2008                    GEORGE A. RILEY
                                          O'MELVENY & MYERS LLP
4

5                                         By: *George Riley* /s/
                                              George A. Riley
6                                         Attorneys for Non-Party Deponent Steve Jobs

7
   SF1:716870.1
8