| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| 2 | DANIEL SCOTT SCHECTER (S.B. #171472) - daniel.schecter@lw.com<br>COLIN B. VANDELL (S.B. #240653) - colin.vandell@lw.com |
| 3 | 633 West Fifth Street, Suite 4000<br>Los Angeles, California 90071-2007 |
| 4 | Telephone: (213) 485-1234<br>Facsimile: (213) 891-8763 |
| 5 | O'MELVENY & MYERS LLP |
| 6 | GEORGE A. RILEY (S.B. #118304) - griley@omm.com<br>Embarcadero Center West |
| 7 | 275 Battery Street, Suite 2600<br>San Francisco, California 94111-3305 |
| 8 | Telephone: (415) 984-8741<br>Facsimile: (415) 984-8701 |
| 9 | Attorneys for Non-Party Deponent<br>Steve Jobs |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN THE MATTER OF A DEPOSITION SUBPOENA SERVED IN:<br><br>F.B.T. PRODUCTIONS, LLC AND EM2M, LLC,<br><br>          Plaintiffs,<br><br>          v.<br><br>AFTERMATH RECORDS, INTERSCOPE RECORDS, UMG RECORDING, INC., and ARY, INC.,<br><br>          Defendants. | Case No. 08-80040 Misc. RMW (PVT)<br><br>[Related to Case No. CV 07-3314 PSG (MANx) (C.D. Cal.)]<br><br>**PROOF OF SERVICE VIA MAIL** |

# PROOF OF SERVICE

I, Chinetha Thomas, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is Embarcadero Center West, 275 Battery Street, San Francisco, CA 94111-3305. On May 28, 2008, I served the within documents:

**NOTICE OF WITHDRAWAL OF NON-PARTY STEVE JOBS'S OBJECTION TO ORDER DENYING MR. JOBS'S MOTION FOR PROTECTIVE ORDER TO QUASH "APEX" DEPOSITION SUBPOENA**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Mark Block
Christensen Glaser Fink Jacobs Glaser Weil & Shapiro LLP
10250 Constellation Blvd., 19th Floor
Los Angeles, California 90067
Tel: (310) 553-3000

Glenn Douglas Pomerantz
Monger Tolls & Olson
355 S. Grand Avenue, 35th Floor
Los Angeles, California 90071-1560
Tel: (213) 683-9100

Colin Buckner Vandal
Latham & Watkins LLP
633 W. Fifth Street, Suite 4000
Los Angeles, California 90071-2007
Tel: (213) 485-1234

1     I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

    Executed on May 28, 2008 at San Francisco, California.

*[signature]*
Chinetha Thomas

SF1:716414.1

3

PROOF OF SERVICE VIA MAIL